Action by Joseph G. Cushman against George D. Cook and another. S. M. Kohn, of New York City, for appellant. R. B. Honeyman, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1117.

DAILEY et al. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by John D. Dailey and others against the City of New York and others. No opinion. Motion granted, and proceedings under the injunction stayed until the hearing of the appeal from the judgment. Settle order on notice. See, also, 153 N. Y. Supp. 1111.

DAILEY, Respondent, v. UPHILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Dennis J. Dailey against Benjamin B. Uphill. No opinion. Judgment and order affirmed, with costs.

DALEY, Respondent, v. J. EHRGOTT & CO., Appellants. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Catherine Daley, as administratrix, etc., against J. Ehrgott & Co. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 154 N. Y. Supp. 1117; 155 N. Y. Supp. 1101.

DALEY, Respondent, v. J. EHRGOTT & CO., Appellants. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Catherine Daley, as administratrix, etc., against J. Ehrgott & Co. No opinion. Motion for stay denied, without costs. See, also, 154 N. Y. Supp. 1117; 155 N. Y. Supp. 1101.

DAVIDSON, Appellant, v. VALLEY YARN & WOOLEN CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Action by Barnett Davidson against the Valley Yarn & Woolen Company. No opinion. Judgment and order affirmed, with costs.

DAVIS v. DAVIS. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Adele B. Davis against Cader R. Davis. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DAVIS, Respondent, v. MERCHANTS' EXCHANGE NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Edward Davis against the Merchants' Exchange National Bank an another. L. L. Kellogg, of New York City, for appellants. I. L. Ernst, of New York City, for respondent. No opinion. Order and judgment affirmed, with costs. Order filed.

DAYTON, Respondent, v. ROGERS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Merlin C. Dayton against Lincoln S. Rogers and another. No opinion. Order affirmed, with $10 costs and disbursements.

DE BEKKER, Respondent, v. FREDERICK A. STOKES CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 10, 1915.) Action by Leander J. De Bekker against the Frederick A. Stokes Company, Incorporated, and another. No opinion. Reargument (168 App. Div. 452, 153 N. Y. Supp. 1066) ordered, and case set down for Wednesday, December 8, 1915.

DE CORDOVA, Appellant, v. SANVILLE, Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Evelyn De Cordova, as executrix, against Arthur J. Sanville. W. F. Unger, of New York City, for appellant. O. C. Sommerich, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1112.

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others, in which Max Katzenstein, purchaser, appeals. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1101.

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others, in which Edward W. Valentine, purchaser, appeals. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 149 App. Div. 952, 133 N. Y. Supp. 1118; 155 N. Y. Supp. 1101.

In re DEL GENOVESE'S WILL. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the probate of the last will and testament of Virgilio Del Genovese, deceased, wherein Joseph Del Genovese appeals. No opinion. Motion for reargument denied, with $10 costs. See, also, 154 N. Y. Supp. 806.

DE MORALES v. NARGANES. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Carlota B. De Morales against Ricardo Narganes, as executor. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1101.

DE MORALES v. NARGANES. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Carlotta B. De Morales against Ricardo Narganes, as executor. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1101.

DENISON COTTON MILL CO., Respondent, v. HERX & EDDY, Appellants. (Su-